Certificate Number: 05781-NJ-DE-036611463

Bankruptcy Case Number: 22-12049



05781-NJ-DE-036611463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 12, 2022</u>, at <u>6:19</u> o'clock <u>PM PDT</u>, <u>Atul Patel</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>June 12, 2022</u>

By:  <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:  <u>President</u>