Certificate Number: 05781-NJ-DE-036611462

Bankruptcy Case Number: 22-12049



05781-NJ-DE-036611462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2022, at 6:19 o'clock PM PDT, Usha Patel completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 12, 2022

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President