Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12049−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Usha A Patel
3202 Cricket Circle
Edison, NJ 08820

Atul R Patel
3202 Cricket Circle
Edison, NJ 08820

Social Security No.:
xxx−xx−8071

xxx−xx−9343

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 18, 2023.

Dated: January 18, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Usha A Patel  
Atul R Patel  
    Debtors

Case No. 22-12049-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 18, 2023      Form ID: plncf13      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Usha A Patel, Atul R Patel, 3202 Cricket Circle, Edison, NJ 08820-4238 |
| 519585949 | | BCMB1 Trust, c/o Statebridge Company, 6061 W Willow Dr, Greenwood Village CO 80111 |
| 519530757 | + | Rushmore Loan Management Services, P.O. Box 514707, Los Angeles, CA 90051-4707 |
| 519530758 | | Statebridge Company, LLC, P.O. Box 173313, Littleton, CO 80127-3313 |
| 519530759 | + | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530748 | | Email/Text: bankruptcy@bbandt.com | Jan 18 2023 20:45:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 519532596 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 18 2023 20:45:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519530751 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 18 2023 20:45:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 519530749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2023 20:54:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519530752 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2023 20:55:11 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519530753 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 20:55:10 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519535404 | | Email/Text: mrdiscen@discover.com | Jan 18 2023 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519530754 | + | Email/Text: mrdiscen@discover.com | Jan 18 2023 20:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519530755 | | Email/Text: BNSFN@capitalsvcs.com | Jan 18 2023 20:45:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 519559239 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 20:54:57 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519581162 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 18 2023 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519530750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 18 2023 20:54:45 | Chase Card Services, Attn: Bankruptcy, P.O. |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 519551186 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 18 2023 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519570506 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2023 20:54:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519553059 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 18 2023 20:55:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519530756 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 20:54:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519565564 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 18 2023 20:54:45 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519584532 | + | Email/Text: bncmail@w-legal.com | Jan 18 2023 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519623443 | + | Email/Text: bankruptcy@bbandt.com | Jan 18 2023 20:45:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519580954 | | Email/Text: flyersprod.inbound@axisai.com | Jan 18 2023 20:45:00 | Wilmington Savings Fund Society, FSB, et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Brian E Caine
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee on Behalf for CSMC 2018-RPL12 Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise E. Carlon
on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Robert C. Nisenson

Case 22-12049-MBK    Doc 33    Filed 01/20/23    Entered 01/21/23 00:16:58    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: plncf13 | Total Noticed: 27 |

| | on behalf of Joint Debtor Atul R Patel r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
|---|---|
| Robert C. Nisenson | on behalf of Debtor Usha A Patel r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6